344 A.2d 468
**Edward A. TIBBS, Appellant,**
**v.**
**Domenic A. FRASCA.**

Supreme Court of Pennsylvania.
Argued Sept. 26, 1975.
Decided Oct. 3, 1975.

R. Mark Hunter, Pittsburgh, for appellant.

Leonard L. Martino, Martino, Ferris & Zoffer, Pittsburgh, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.
Order reversed and the record is remanded to the Trial Court with directions to permit the contestants a reasonable opportunity to file a bond with proper and adequate surety in an amount to be fixed by the court.